# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

APPLICATIONS IN INTERNET TIME, LLC　　v.　　RPX CORPORATION

Case No.　　17-1698

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

APPLICATIONS IN INTERNET TIME, LLC

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| APPLICATIONS IN INTERNET TIME | None | None |
| | | |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

None

　March 14, 2017　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　Date　　　　　　　　　　　　　　　　　　　　　　　　Signature of counsel

Please Note: All questions must be answered　　Steve C. Sereboff
　　　　　　　　　　　　　　　　　　　　　　　　　　Printed name of counsel

cc:

Reset Fields

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2017, a copy of the foregoing CERTIFICATE OF INTEREST has been served via US First Class Mail and email on the following:

Rihard F. Giunta
Elisabeth H. Hunt
Randy J. Pritzker
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
rgiunta@wolfgreenfield.com;
litigation@wolfgreenfield.com

Dated: March 14, 2017             By:   /Anneliese Lomonaco/
                                        Anneliese Lomonaco
                                        SoCal IP Law Group LLP