# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

APPLICATIONS IN INTERNET TIME, LLC    v.    RPX CORPORATION

No.    17-1698

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:    APPLICATIONS IN INTERNET TIME, LLC  
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Steven C. Sereboff |
| Law Firm: | SoCal IP Law Group LLP |
| Address: | 310 N Westlake Blvd., Suite 120 |
| City, State and Zip: | Westlake Village, CA 91362 |
| Telephone: | (805) 230-1350 |
| Fax #: | (805) 230-1355 |
| E-mail address: | uspto@socalip.com, ssereboff@socalip.com, alomonaco@socalip.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):    1992

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):    ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date    March 14, 2017    Signature of pro se or counsel    /s/ Steven C. Sereboff

cc: _____

Reset Fields

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of March, 2017, a copy of the foregoing ENTRY OF APPEARANCE has been served via US First Class Mail and email on the following:

Rihard F. Giunta
Elisabeth H. Hunt
Randy J. Pritzker
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
rgiunta@wolfgreenfield.com;
litigation@wolfgreenfield.com

Dated: March 14, 2017                              By:  /Anneliese Lomonaco/
                                                                Anneliese Lomonaco
                                                                SoCal IP Law Group LLP